# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                Plaintiff,        Case Number: 18-cr-167-GKF

vs.                                        Proceeding: Motion Hearing
                                            Date: 10-2-2018

Adam Gallardo Arredondo,            Court Time: 2:30 p.m.

                Defendant.

## MINUTE SHEET

Gregory K. Frizzell, Chief District Judge       K. Perkins, Deputy Clerk       Brian Neil, Reporter

Counsel for Plaintiff: Melody Nelson, Richard Cella

Counsel for Defendant: Michael Gibson, Matthew Swain, Ret.

Minutes: Case called for hearing with Defendant present out of custody. Trial schedule of defense counsel was discussed. Defendant advised of his rights under Speedy Trial Act and a Waiver of Speedy Trial was executed (filed separately). Court made findings the ends of justice served by a continuance as stated into the record. Joint Motion to Declare Case Complex [Doc. 21] and Joint Motion to Continue Jury Trial [Doc. 20] were Granted. Government will prepare and submit an Order. The following schedule was set:

| | |
|---|---|
| Motions due: | 5/22/2019 |
| Responses due: | 6/5/2019 |
| PT/CP/Motions Hearing: | 7/2/2019 at 10:30 a.m. |
| Voir dire, jury instructions, and trial briefs due: | 7/8/2019 |
| Jury Trial: | 7/15/2019 at 9:30 a.m. |

Court Time: 20 min